1   KEVIN V. RYAN (CSBN 118321)
    United States Attorney

2

3   MARK L. KROTOSKI (CSBN 138549)
    Chief, Criminal Division

4   C. DAVID HALL (CSBN 66081)
    Assistant United States Attorney

5
        450 Golden Gate Avenue
6       San Francisco, California 94102
        Telephone: (415) 436-6758

7
    Attorneys for Plaintiff

8

**FILED**

NOV 2 2 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

9                   UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

12   UNITED STATES OF AMERICA,          )     Criminal No. CR 3-06-70738 EMC
                                        )
13            Plaintiff,                )
                                        )
14                                      )   **STIPULATION AND [PROPOSED]**
                                        )   **ORDER EXCLUDING TIME**
15       v.                             )
                                        )
16                                      )
     CARLOS NUNEZ PEREZ,                )
17                                      )
              Defendant.               )
18                                      )

19          The above-captioned matter came before the Court on November 21, 2006, for

20   detention hearing in United States Magistrate Court. The defendant was represented by

21   Steven Kalar, Federal Public Defender, and the government was represented by Philip

22   Kearney, Assistant United States Attorney. The case was continued for preliminary

23   hearing to December 13, 2006, at 9:30 a.m. The Court made a finding on the record that

24   the time between November 21, 2006, and December 13, 2006, should be excluded under

25   both the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), and Rule 5, because the ends of

26   justice served by taking such action outweighed the best interest of the public and the

27

28   **STIPULATION AND [PROPOSED]**
     **ORDER EXCLUDING TIME**
     **CR 3-06-70738 EMC**

defendant in a speedy trial. That finding was based on the defendant's request to join with his alleged co-perpetrators, and to insure the effective preparation of counsel. Counsel for the defendant indicated a need for additional time to adequately prepare the matter, taking into account the exercise of due diligence. That finding was made pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

The parties hereby agree to and request that the case be continued until December 13, 2006 at 9:30 a.m., and that an exclusion of time until that date be granted. The parties agree and stipulate that the additional time is appropriate and necessary under Title 18, United States Code, Section 3161(h)(8)(A), because the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial.

DATED:   11/21/06

/S/
STEVEN KALAR, ESQ.
Counsel for DEFENDANT

DATED:   11/21/06

/S/
PHILIP J. KEARNEY
Assistant United States Attorney

It is so ordered.
DATED: 11/22/06

EDWARD M. CHEN
UNITED STATES MAGISTRATE

**STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 3-06-70738 EMC**                                2