IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>CARLOS NUNEZ PEREZ,<br><br>   v,<br><br>CONRADO HECTOR LITA MORALES aka CONRADO H. MORALES LITA, HERIBERTO G. REYNOSA CHAVEZ aka HERIBERTO C. REYNOSA GROOM,<br><br>                Defendants. | No.  CR 3 06 70738 EMC<br><br>CR 3 06 70743 EMC<br><br>[PROPOSED] STIPULATED ORDER CONTINUING ARRAIGNMENT OR PRELIMINARY HEARING |

    The defendants in the above-entitled complaints are currently scheduled for arraignment on December 13, 2006. It is anticipated that these two complaints will be consolidated into one indictment.

    In this proposed stipulated order the parties jointly request that the arraignment on December 13, 2006 be vacated. Counsel for Mr. Nunez Perez requests that his arraignment proceed on Wednesday, December 20, 2006. Counsel for Mr. Morales and Mr. Chavez request that the

*Nunez Perez, et. al*, CR 3-06-70738 EMC,
3 06 70743 EMC
ORD. CONT. ARRAIGN. / P/X

1 arraignment for these two defendants proceed on December 22, 2006.

2 Counsel for Mr. Chavez will be unavailable for arraignment on the 13th because of a family illness. Counsel for Mr. Nunez Perez requests this continuance as he and counsel for the government explore the possibility of a pre-indictment resolution. Counsel for Mr. Morales agrees with this continuance as he finalizes efforts regarding seeking his client's release on bail.

The government has no objection to these proposed continuances and joins in this motion.

Therefore, for good cause shown the arraignments on December 13, 2006 are vacated. Mr. Nunez Perez shall be added to this Court's calendar on December 20, 2006 for arraignment or preliminary hearing. The remaining two co-defendants shall be added to this Court's calendar on Friday, December 22, for arraignment or preliminary hearing. The Court finds good cause to continue the arraignments or preliminary hearings under Rule 5 of the Federal Rules of Criminal

//
//
//
//
//
//
//
//
//
//
//
//
//
//

*Nunez Perez, et. al*, CR 3-06-70738 EMC,
3 06 70743 EMC
ORD. CONT. ARRAIGN. / P/X               2

Procedure, based on the reasons articulated in this proposed stipulated order.

IT IS SO ORDERED.

December 11, 2006
DATED                                BERNARD ZIMMERMAN
                                     United States District Court

*IT IS SO ORDERED*
*Judge Bernard Zimmerman*

IT IS SO STIPULATED.

_____12/11/06_____                 /s_____
DATED                                KEVIN V. RYAN
                                     United States Attorney
                                     Northern District of California
                                     DAVID HALL
                                     Assistant United States Attorney


_____12/11/06_____                 /s_____
DATED                                BARRY J. PORTMAN
                                     Federal Public Defender
                                     Northern District of California
                                     STEVEN G. KALAR
                                     Assistant Federal Public Defender
                                     Counsel for Nunez Perez


_____                    /s_____
DATED                                JULIANA DROUS
                                     Counsel for Heriberto Chavez

_____                    /s_____
DATED                                MARK GOLDROSEN
                                     Counsel for Conrado Morales

*Nunez Perez, et. al*, CR 3-06-70738 EMC,
3 06 70743 EMC
ORD. CONT. ARRAIGN. / P/X                    3