JULIANA DROUS
Attorney at Law, SBN 92156
214 Duboce Avenue
San Francisco, California 94103
Telephone: (415) 863-3580
Fax: (415 255-8631
jdrous@msn.com

Attorney for Defendant
HERIBERTO G. REYNOSO CHAVEZ

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-06-00823 DLJ |
| Plaintiff, | **STIPULATION AND [PROPOSED]** |
| | **ORDER RE: COURT DATE** |
| v. | |
| HERIBERTO G. REYNOSO CHAVEZ | Date: January 25, 2008 |
| CARLOS NUNEZ PEREZ, | Time: 11:00 a.m. |
| Defendants. | |

  United States of America, by and through its counsel of record, Assistant United Attorney Kimberly A. Briggs, and defendants, Heriberto G. Reynoso Chavez and Carlos Nunez Perez, through counsel, Juliana Drous and Ruben Munoz hereby stipulate as follows:

  Defendants are presently scheduled to appear before this Court on January 11, 2208. The parties are in the process of attempting to resolve this matter via plea agreements. Progress has been made, but due to illness of counsel and the holidays, additional time is needed to complete the negotiations. It is thus respectfully requested that the court appearance be continued for two weeks, to January 25, 2008, at 11:00 a.m.

  The parties agree that time continues to be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) from January 11, 2008 until January 25, 2008. The ends of justice served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial. A continuance

STIPULATION RE: CONTINUANCE OF COURT DATE                         1

is necessary to allow continuity of counsel and reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

DATED: January 9, 2008

/s/
JULIANA DROUS
Attorney for Defendant
HERIBERTO G. REYNOSO CHAVEZ

DATED: January 9, 2008

/s/
RUBEN MUNOZ
Attorney for Defendant
CARLOS NUNEZ PEREZ

DATED: January 9, 2008

/s/
KIMBERLY M. BRIGGS
Asst. United States Attorney

IT IS SO ORDERED.

DATED: January 9, 2008

HON. D. LOWELL JENSEN
Senior District Court Judge