```
 1  JULIANA DROUS
    Attorney at Law, SBN 92156
 2  214 Duboce Avenue
    San Francisco, California 94103
 3  Telephone: (415) 863-3580
    Fax: (415 255-8631
 4  jdrous@msn.com

 5  Attorney for Defendant
    HERIBERTO G. REYNOSO CHAVEZ
 6
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-06-00823 DLJ |
|---|---|---|
| Plaintiff, | ) ) | **STIPULATION AND [PROPOSED]** |
| v. | ) ) | **ORDER RE: COURT DATE** |
| HERIBERTO G. REYNOSO CHAVEZ | ) ) | April 11, 2008 |
| CARLOS NUNEZ PEREZ, | ) | Date: ~~January~~ 11, 2008 |
|  | ) | Time: 9:00 a.m. |
| Defendants. | ) |  |

Assistant United Attorney Kimberly A. Briggs, and defendants, Heriberto G. Reynoso Chavez and Carlos Nunez Perez, through counsel, Juliana Drous and Ruben Munoz hereby stipulate as follows:

This matter will be on calendar on April 11, 2008, at 9:00 a.m. for change of plea.

DATED: April 1, 2008                   /s/
                                       JULIANA DROUS
                                       Attorney for Defendant
                                       HERIBERTO G. REYNOSO CHAVEZ

DATED: April 1, 2008                   /s/
                                       RUBEN MUNOZ
                                       Attorney for Defendant
                                       CARLOS NUNEZ PEREZ

DATED: April 1, 2008                   /s/
                                       KIMBERLY M. BRIGGS
                                       Asst. United States Attorney

IT IS SO ORDERED.

DATED: April 2, 2008
                                       HON. D. LOWELL JENSEN
                                       Senior District Court Judge

STIPULATION RE: COURT DATE
CHANGE OF PLEA